IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OCIE ROBINSON, # 108238, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )  Civil Action No. 2:08cv541-TMH |
| | )  (WO) |
| GRANT CULLIVER, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**O R D E R**

The court having further reviewed the file in this case, and for good cause, it is

ORDERED that the Recommendation entered on August 5, 2008 (Doc. No. 3), be and is hereby WITHDRAWN.

Done this 26th day of August, 2008.

/s/Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE