IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| OCIE ROBINSON, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 2:08-cv-0541-TMH |
| | ) |
| GRANT CULLIVER, *et al.,* | ) |
| | ) |
| Respondents. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The petitioner's Objection to the Magistrate Judge Recommendation (Doc. #6) filed on September 18, 2008 is overruled;

(2) The Recommendation of the United States Magistrate Judge (Doc. #5) entered on September 8, 2008 is adopted;

(3) The petition for habeas corpus relief filed by Robinson is DENIED and this case is DISMISSED with prejudice.

DONE this the 29th day of September, 2008.

/s/ Truman M. Hobbs

TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE